Dismissed and Memorandum Opinion filed June 3, 2004









Dismissed and Memorandum Opinion filed June 3, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00209-CV

____________

 

SPYRO C. CONTOGOURIS,
Appellant

 

V.

 

THE BUZBEE LAW FIRM, P.C. f/k/a THE
LAW OFFICES OF ANTHONY G. BUZBEE, P.C., Appellee

 



 

On Appeal from the
122nd District Court

Galveston County,
Texas

Trial Court Cause
No. 03CV1470 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 10, 2004.

On May 28, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 3, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.